UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKY BERNARD GREEN,<br><br>　　　　　　　　Plaintiff<br><br>　v.<br><br>JEFFREY STARK,<br><br>　　　　　　　　Defendants | Case No. 3:23-cv-00478-ART-CLB<br><br>ORDER |

　　　This action began with a pro se civil-rights complaint filed by an inmate in the custody of the Humboldt County Sheriff's Office ("HCSO"). (ECF No. 1-1). Plaintiff has filed an application to proceed *in forma pauperis* for an inmate (ECF Nos. 1, 4, 6). According to the HCSO inmate database, Plaintiff is no longer housed at the Humboldt County Detention Center. But Plaintiff has not filed his updated address with the Court as required by Local Rule IA 3-1. And Plaintiff's application to proceed *in forma pauperis* for an inmate is moot because he is no longer detained or incarcerated.

　　　It is therefore ordered that Plaintiff has **until July 1, 2024**, to file his updated address with the Court.

　　　It is further ordered that Plaintiff's application to proceed *in forma pauperis* for an inmate (ECF Nos. 1, 4, 6) is denied as moot.

　　　It is further ordered that Plaintiff has **until July 1, 2024**, to either pay the full $402 filing fee or file with the Court a fully complete application to proceed *in forma pauperis* for non-inmates.

　　　Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can provide his updated address and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

///

The Clerk of the Court is directed to send Plaintiff Ricky Bernard Green the approved form application to proceed *in forma pauperis* for non-inmates and instructions for the same, and to retain the complaint (ECF No. 1-1), but not file it at this time.

DATED THIS 30th day of May 2024.

_____
UNITED STATES MAGISTRATE JUDGE